**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                      **Crim. Action No.: 2:20CR1
(Judge Kleeh)**

**STEVEN SOMERS,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 12], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On January 21, 2020, the Defendant, Steven Somers ("Somers"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts One and Two of the Information. Somers stated that he understood that the magistrate judge is not a United States District Judge, and Somers consented to pleading before the magistrate judge. This Court referred Defendant's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Defendant Somers's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 12], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

judge found that Defendant Somers was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 12] finding a factual basis for the plea and recommending that this Court accept Defendant Somers's plea of guilty to Counts One and Two of the Information.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither the Defendant nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 12], provisionally **ACCEPTS** Defendant Somers's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Counts One and Two of the Information.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until

USA v. SOMERS                                                  2:20CR1

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 12],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1.  The Probation Officer shall undertake a presentence investigation of Somers, and prepare a presentence investigation report for the Court;

2.  The Government and Defendant Somers shall each provide their narrative descriptions of the offense to the Probation Officer by **February 20, 2020**;

3.  The presentence investigation report shall be disclosed to Defendant Somers, counsel for Defendant, and the Government on or before **April 20, 2020**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.  Counsel may file written objections to the presentence investigation report on or before **May 4, 2020**;

5.  The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **May 18, 2020**; and

USA v. SOMERS                                                    2:20CR1

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 12],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

6. Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **May 18, 2020.**

The magistrate judge released Defendant on the terms of the Order Setting Conditions of Release (Dkt. No. 11 in case 1:19-cr-39-2) filed on July 15, 2019, and said Conditions are incorporated herein.

The Court will conduct the **Sentencing Hearing** for Defendant on **Wednesday, June 3, 2020,** at **3:00 P.M.**, at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: February 11, 2020

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE